UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

DAEMEN UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-7147

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DAEMEN UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
          January 25, 2024

                                                        **GOTTLIEB & ASSOCIATES PLLC**

                                                        */s/Michael A. LaBollita, Esq.*

                                                    Michael A. LaBollita, Esq., (ML-9985)
                                                          150 East 18th Street, Suite PHR
                                                                 New York, NY 10003
                                                                     Phone: (212) 228-9795
                                                                       Fax: (212) 982-6284
                                                                      Michael@Gottlieb.legal

                                                                      *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge